Richard W. Meier, Esq. (SBN: 40961)
Zachary N. Scalzo, Esq. (SBN: 305065)
Law Offices of Richard W. Meier
11 Embarcadero West, Ste 133
Oakland, CA 94607
Phone: (510) 834-3600
Facsimile: (510) 834-2648
meierlaw@pacbell.net

Attorneys for Plaintiff:
LENIN BARRAZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENIN BARRAZA,<br><br>Plaintiff,<br><br>vs.<br><br>VICTORIA FIRE & CASUALTY CO.; NATIONWIDE MUTUAL INSURANCE COMPANY; THI HOLDINGS (DELAWARE), INC. and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 4:16-cv-00309 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF |

Richard W. Meier seeks to withdraw as counsel for Plaintiff in the above caption litigation pursuant to Local R. 11-5(a) and Cal. R. Prof. Conduct 3-700(A)(1). As this Court finds that Mr. Meier has submitted satisfactory reasoning for withdrawal.

IT IS HEREBY ORDERED that Richard W. Meier's Motion to Withdraw as Counsel for Plaintiff is GRANTED, and Richard W. Meier is terminated as counsel for Plaintiff in this proceeding.

As there has been no substitution of counsel, Plaintiff shall appear pro se in this matter. All court filings shall be delivered to Plaintiff directly at 1817 Fruitvale Avenue, Oakland, CA 94601.

1

Plaintiff is HEREBY ORDERED to show cause regarding whether he intends to proceed with this matter in writing to this Court by June 10, 2016. Should Plaintiff fail to file a written response to this Order by June 10, the Court shall dismiss this action.

Dated: May 23, 2016

By: *Jeffrey S White*
Honorable Jeffrey S. White

[~~PROPOSED~~] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF
4:16-cv-00309-JSW