IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LENIN BARRAZA,

    Plaintiff,

v.

VICTORIA FIRE & CASUALTY CO., ET AL,

    Defendants.

No. C 16-00309 JSW

**ORDER OF DISMISSAL**

On November 18, 2015, Plaintiff Lenin Barraza, filed a complaint in the Superior Court for the County of Alameda against Victoria Fire & Casualty Company for over the alleged breach of his insurance contract. On January 20, 2016, Defendant removed to this Court on the bassi of diversity jurisdiction. On May 23, 2016, this Court granted Plaintiff's counsel motion to withdraw and Plaintiff thereafter appeared before the Court pro se. In addition, on May 23, 2016, the Court issued an Order to Show Cause why this case should not be dismissed for failure to prosecute. Plaintiff was admonished to respond in writing whether he intended to continue to litigate this matter by no later than June 10, 2016, and that failure to respond in writing would result in dismissal of this action. The Court has not received an any filing from Plaintiff.

Accordingly, this Court DISMISSES this action without prejudice for failure to prosecute. A separate judgment shall issue and the Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 17, 2016

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE